United States District Court
Southern District of Texas
**ENTERED**
April 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| KATRINA MARIE CANNON, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| v. § | CIVIL ACTION NO. 6:23-MC-00001 |
| § | |
| STATE OF TEXAS, § | |
| § | |
| Defendant. § | |

## MEMORANDUM AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiffs Katrina Marie Cannon and Melissa Marie Cannon have filed a *pro se* lawsuit. (Doc. No. 1-2.) They jointly submitted a single application to proceed *in forma pauperis* ("IFP"). (Doc. No. 1.) On February 3, 2023, the Court ordered each plaintiff to submit her own individual AO Form 239, "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)." Each plaintiff was required to submit her individual form to this Court not later than March 3, 2023. (Doc. No. 2.) Both plaintiffs failed to comply with the Court's order.

On March 17, 2023, the Court ordered the plaintiffs to show cause by April 3, 2023 why this case should not be dismissed for want of prosecution. (Doc. No. 3.) Neither plaintiff responded to the show-cause order.

Federal Rule of Civil Procedure 41(b) permits a district court to dismiss a case *sua sponte* for want of prosecution or for failure to comply with a court order. Plaintiffs have failed to follow court orders with regard to their IFP applications. The Court has warned Plaintiffs that their case would be dismissed if they failed to comply with court orders. For these reasons, dismissal of Plaintiffs' action is appropriate.

Accordingly, the undersigned recommends that Plaintiffs' applications for IFP status be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) for failure to comply with court orders and for failure to prosecute.

SIGNED on April 14, 2023.

                                                    MITCHEL NEUROCK
                                                    United States Magistrate Judge

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within 14 days after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), and General Order No. 2002-13, United States District Court for the Southern District of Texas.

A failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 14 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *See Douglass v. United Servs. Auto Ass'n,* 79 F.3d 1415 (5th Cir. 1996) (*en banc*).